# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01516-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND |
| v. | FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND |
| JAMES YATES, et al., | RETURN WITHIN THIRTY DAYS |
| Defendants. | (Doc. 11) |

Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 18, 2007. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable Eighth Amendment claims against Defendant Cano for use of excessive force and against Defendant Kahn for denial of medical care.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate for the following defendants:

C/O A. CANO

SGT. F. KAHN

---

[1] On March 13, 2009, Plaintiff's excessive force claim against Defendant Simos and claims against Defendants Williams, Grannis, and Murguia were dismissed, with prejudice, for failure to state a claim; and Defendants Simos, Williams, Grannis, Munguia, and Yates were dismissed from this action based on Plaintiff's failure to state any claims against them.

1

1    2.    The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2)

2          summonses, a Notice of Submission of Documents form, an instruction sheet and a

3          copy of the amended complaint filed June 12, 2008.

4    3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

5          attached Notice of Submission of Documents and submit the completed Notice to the

6          Court with the following documents:

7          a.    Completed summons;

8          b.    One completed USM-285 form for each defendant listed above; and

9          c.    Three (3) copies of the endorsed amended complaint filed June 12, 2008.

10   4.    Plaintiff need not attempt service on Defendants and need not request waiver of

11         service.  Upon receipt of the above-described documents, the Court will direct the

12         United States Marshal to serve the above-named defendants pursuant to Federal Rule

13         of Civil Procedure 4 without payment of costs.

14   5.    The failure to comply with this order will result in a recommendation that this action

15         be dismissed.

16

17   IT IS SO ORDERED.

18   **Dated:    March 18, 2009**                        **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

2