# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01516-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS FOUR DISCOVERY MOTIONS |
| v. | |
| JAMES YATES, et al., | (Docs. 21-24 and 27) |
| Defendants. | |

Plaintiff Christopher S. Rider, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 18, 2007. On August 11, 2009, Plaintiff filed four discovery motions. Defendants filed oppositions on August 25, 2009. On September 9, 2009, Plaintiff filed a motion seeking to withdraw his four motions.

Plaintiff's motion to withdraw his pending discovery motions, filed September 9, 2009, is HEREBY GRANTED, and Plaintiff's four discovery motions, filed on August 11, 2009, are DEEMED WITHDRAWN.

IT IS SO ORDERED.

**Dated:   October 20, 2009**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE