# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01516-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR DEFAULT |
| v. | (Doc. 29) |
| JAMES YATES, et al., | |
| Defendants. / | |

On October 26, 2009, Plaintiff Christopher S. Rider filed a motion seeking entry of default based on Defendants' failure to serve responses to his written discovery requests. Plaintiff served the discovery requests on September 1, 2009, and signed and served his motion on October 18, 2009.

First, Plaintiff asserts that he gave Defendants thirty days within which to respond to his requests for admission. Pursuant to the Court's order, parties have forty-five days to respond requests. No party may shorten the response time ordered by the Court, and Plaintiff's attempt to give Defendants only thirty days to respond has no validity.

Second, Defendants had forty-five days to respond to Plaintiff's written discovery requests, plus three days for mailing under the Federal Rule of Civil Procedure 6(d). Therefore, Defendants' responses were due on or before October 19, 2009. Plaintiff's motion, construed as one to compel and for sanctions, was served on October 18, 2009, and was therefore premature.

///
///
///

1 | The motion is HEREBY DENIED on that ground.

3 | IT IS SO ORDERED.

4 | **Dated:    October 28, 2009**                    /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE