# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01516-SMS PC |
| Plaintiff, | ORDER STRIKING PROCEDURALLY DEFICIENT MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JAMES YATES, et al., | (Doc. 30) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Christopher S. Rider, a state prisoner proceeding pro se and in forma pauperis. Pursuant to the scheduling order, the deadline for filing pretrial dispositive motions is May 11, 2010. On October 26, 2009, Plaintiff filed a motion for summary judgment, which consists of a narrative argument and documentary evidence.

Local Rule 56-260(a) requires that "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact." It is not the duty of the Court or Defendants to wade through Plaintiff's arguments and exhibits, and determine which specific facts are being offered to support Plaintiff's motion.

///

///

1

1  Accordingly, Plaintiff's motion for summary judgment, filed October 26, 2009, is HEREBY
2  STRICKEN from the record for failing to comply with Local Rule 56-260(a).
3
4  IT IS SO ORDERED.
5  **Dated:   November 5, 2009**              /s/ **Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE