# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER S. RIDER,

                  Plaintiff,

    v.

JAMES YATES, et al.,

                  Defendants.

_____/

CASE NO. 1:07-cv-01516-SMS PC

ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN FIFTEEN DAYS

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Christopher S. Rider, a state prisoner proceeding pro se and in forma pauperis.  This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California.  Defendants have now appeared in the action.

      Therefore, Defendants shall notify the Court within **fifteen (15) days** from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   **November 5, 2009**               _____**/s/ Sandra M. Snyder**_____
                                 UNITED STATES MAGISTRATE JUDGE