# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER S. RIDER,                    CASE NO. 1:07-cv-01516-SMS PC

                Plaintiff,          ORDER DENYING PLAINTIFF'S MOTION
                                       FOR ENTRY OF DEFAULT

    v.                                   (Doc. 37)

JAMES YATES, et al.,

                Defendants.
_____/

      On November 9, 2009, Plaintiff Christopher S. Rider filed a motion seeking entry of default based on Defendants' failure to serve responses to his requests for admission and interrogatories. Defendants sought and were granted an extension of time to serve their responses.  Pursuant to the Court's order filed on November 6, 2009, Defendants' responses are due on or before November 24, 2009, plus three days for mailing.  Fed. R. Civ. P. 6(d).

      Plaintiff's motion for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    November 12, 2009**              _____/s/ Sandra M. Snyder_____
                                   UNITED STATES MAGISTRATE JUDGE