# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01516-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S SECOND PROCEDURALLY DEFICIENT MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JAMES YATES, et al., | (Doc. 41) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Christopher S. Rider, a state prisoner proceeding pro se and in forma pauperis. This action is proceeding on Plaintiff's amended complaint, filed June 12, 2008, against Defendant Cano for use of excessive force and against Defendant Kahn for denial of medical care, in violation of the Eighth Amendment. Pursuant to the scheduling order, the deadline for filing pretrial dispositive motions is May 11, 2010. On December 10, 2009, Plaintiff filed his second motion for summary judgment, which consists only of a narrative.

Local Rule 260(a) requires that "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact." Plaintiff was previously notified of this requirement but may not have understood that it requires him to separately set forth each fact relied upon and, for each fact, to cite to the evidence in support of the fact.

1   Also, Plaintiff failed to include the evidence relied upon.  For example, Plaintiff argues that
2  Defendants failed to timely serve responses to his requests for admission and they have therefore
3  been deemed admitted.  Without reaching the merits of this contention, Plaintiff did not include the
4  requests for admission, which is required.
5   Plaintiff's second motion for summary judgment, filed December 10, 2009, is procedurally
6  deficient and is HEREBY STRICKEN from the record on that ground.

8  IT IS SO ORDERED.
9  **Dated:   February 4, 2010**             /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE