# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>    Plaintiff,<br><br>    v.<br><br>YATES, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:07-cv-01516-GBC (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING<br>(Doc. 57)<br><br>Telephonic Trial Confirmation Hearing:    VACATED<br><br>ORDER DIRECTING PLAINTIFF TO CLARIFY PRETRIAL STATEMENT REGARDING INTENTION TO CALL WITNESSES<br>(Doc. 60)<br><br>ORDER DENYING MOTION FOR SETTLEMENT<br>(Doc. 63) |

**Telephonic Trial Confirmation Hearing**

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Christopher S. Rider ("Plaintiff"), a state prisoner proceeding pro se. This matter is currently set for a telephonic trial confirmation hearing before the undersigned on January 18, 2011, at 10:00 a.m. in Courtroom 7. The telephonic trial confirmation hearing scheduled for January 18, 2011 is HEREBY VACATED. The pretrial order will be based on the parties' pretrial statements and relevant motions filed by the parties.

**Clarification Regarding Plaintiff's Intention to Call Witnesses**

    On July 15, 2010, Plaintiff submitted a pretrial statement which indicated his desire to call witnesses. However, it is unclear to the Court whether Plaintiff intends to call only the Defendants'

1

1 witnesses. The Court reminds Plaintiff that the second scheduling order sent on May 12, 2010,
2 describes necessary actions that the Plaintiff must take if he wishes to call incarcerated witnesses or
3 involuntary witnesses and the deadlines that the Plaintiff needed to meet in order to be allowed to
4 call such witnesses. Therefore, the Court DIRECTS Plaintiff to submit a statement clarifying
5 whether he plans to call witnesses only from those which the Defendants call or whether the Plaintiff
6 wishes to call additional incarcerated or involuntary witnesses within twenty (20) days from the date
7 of service of this order.

**Request for Five Million Dollar Settlement**

9 On October 20, 2010, Plaintiff filed a motion indicating his willingness to settle the case for
10 $5,000,000.00. Plaintiff indicated that Defendants have not responded to his settlement offer.
11 Plaintiff's motion for settlement is DENIED. Such denial, however, does not preclude the parties
12 from engaging in settlement negotiations on their own initiative.

14 Accordingly, it is HEREBY ORDERED that:
15 1. The telephonic trial confirmation hearing scheduled for January 18, 2011 is
16 HEREBY VACATED;
17 2. Within twenty (20) days from the date of service of this order, Plaintiff is
18 DIRECTED to submit a statement clarifying whether he plans to call witnesses only
19 from those which the Defendants call or whether the Plaintiff wishes to call
20 additional incarcerated or involuntary witnesses;
21 3. Plaintiff's motion for settlement is DENIED.

25 IT IS SO ORDERED.

26 Dated:   December 6, 2010
27                                          UNITED STATES MAGISTRATE JUDGE