# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>        Plaintiff,<br><br>  v.<br><br>YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01516-GBC (PC)<br><br>ORDER GRANTING IN PART REQUEST TO POSTPONE TRIAL<br>(Doc. 73) |

    Defendant Cano has requested the Court to postpone the commencement of trial in order to appear in state court the morning of March 7, 2011, in an unrelated matter. Good cause having been shown, Defendants' request is granted in part. Trial shall commence at 1:00 p.m. on March 7, 2011, instead of 9:00 a.m. on March 7, 2011. However, counsel representing Defendants is still required to appear before court at 9:00 a.m. on March 7, 2011, in order to address miscellaneous matters and resolve any outstanding motions or concerns of the parties.

IT IS SO ORDERED.

Dated:   February 24, 2011

UNITED STATES MAGISTRATE JUDGE