UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED

MAR 09 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

CHRISTOPHER S. RIDER,

        Plaintiff,

vs.

JAMES YATES, ET AL.,

        Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:07-CV-01516 GBC-PC

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 3/8/2011 in favor of defendant, Adam Cano, Jr., and against plaintiff, Christopher S. Rider.

DATED: 3/9/2011

                              VICTORIA C. MINOR, Clerk

                        By: _____
                              Michelle Means Rooney
                              Deputy Clerk

jgm.civ
2/1/95