# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01516-GBC PC<br><br>NOTICE AND ORDER THAT PLAINTIFF CHRISTOPHER S. RIDER IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Jury trial in this matter commenced on March 7, 2011 and judgment was entered for Defendants and against Plaintiff on March 9, 2011.

　　　Accordingly, Plaintiff Christopher S. Rider, #P-96108, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.


IT IS SO ORDERED.

Dated:　　March 11, 2011　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1