# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01516-GBC (PC) |
| Plaintiff, | ORDER DENYING AS MOOT MOTION FOR TRANSCRIPTS |
| v. | (Doc. 100) |
| YATES, et al., | |
| Defendants. / | |

    Plaintiff Christopher S. Rider is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2011, a jury found in favor of Defendant Cano in this action and on March 22, 2011, Plaintiff appealed to the Ninth Circuit Court of appeals. On April 13, 2011, Plaintiff motioned this Court for trial transcripts. On August 3, 2011, the Ninth Circuit dismissed Plaintiff's appeal for failure to pay the filing fee. Based on the forgoing, the Court HEREBY ORDERS that Plaintiff's motion, filed April 13, 2011, is DISMISSED as moot. (Doc. 100).

IT IS SO ORDERED.

Dated:   August 8, 2011                              UNITED STATES MAGISTRATE JUDGE